

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00110-CV

JAMES WILLIAMS, Appellant

V.

PATRICK CUBA, SR., Appellee

Appeal from the 333rd District Court of Harris County.  (Tr. Ct. No. 2013-31241).

**TO THE 333RD DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 19th day of May 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

Appellant, James Williams, has neither established indigence nor paid, or made arrangements to pay, all the required fees.  After being notified that this appeal was subject to dismissal, appellant did not adequately respond.  It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.

The Court **orders** that the appellant, James Williams, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered May 19, 2015.

Per curiam opinion delivered by panel consisting of Justices
Keyes, Huddle, and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court
in this behalf and in all things to have it duly recognized, obeyed, and executed.

July 31, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

